AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:26CR006(VDO) |
| JOSHUA OCASIO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSHUA OCASIO, in lieu of Attorney Bethany Phillips

Date:       04/07/2026

*Attorney's signature*

William H. Paetzold/ct10074
*Printed name and bar number*
Paetzold Law Group
2230 Main Street
Glastonbury, CT  06033

*Address*

bill@paetzoldlawgroup.com
*E-mail address*

(860) 657-2230
*Telephone number*

(860) 657-1011
*FAX number*